# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALDO MARONES, A/K/A ALDO
JOVANNY MORONES,
                    Appellant,
         vs.
THE STATE OF NEVADA,
                    Respondent.

No. 69557

**FILED**

MAR 1 7 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se appeal. Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Appellant filed his notice of appeal on December 21, 2015. In his notice of appeal, appellant stated that he was appealing the orders "denying his motion for appointment of counsel and request leave of the court to file a direct appeal and request for transcripts." Because no statute or court rule provides for an appeal from district court orders denying a motion for appointment of counsel and a motion for transcripts, we lack jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). To the extent that appellant appeals from the judgment of conviction, the notice of appeal was untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). This court is unable to exercise discretionary extensions of time to file notices of appeal. *See* NRAP 26(b)(1)(A) ("the court may not extend the time to file a notice of appeal except as provided in [NRAP] 4(c)"). An untimely notice of appeal fails to vest jurisdiction in

16-08495

this court. *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____ J.
Saitta

_____, J.
Pickering

cc: Hon. Michelle Leavitt, District Judge
Aldo Marones
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk